IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CT-3361-M

| | |
|---|---|
| STANLEY EARL CORBETT, JR.,<br>    Plaintiff,<br><br>v.<br><br>JAMES HENRY CANDELARIO, CURTIS MURRAY, JAMIE EMMANUEL HOLMES, OFFICER MIZZELLE, ISLAM AYESH, OFFICER PERKINS, MR. HATLEY, OFFICER FISHER, OFFICER HALE, and OFFICER GRANDY,<br>    Defendants. | **NCPLS NOTICE OF<br>NON-REPRESENTATION** |

On March 14, 2023, the Court ordered that a court-hosted settlement conference be scheduled for this case and appointed North Carolina Prisoner Legal Services, Inc. ("NCPLS") "for the limited purpose of assisting plaintiff in the court-hosted settlement conference" in accordance with Standing Order 21-SO-11. NCPLS hereby informs the court that it is unable to accept appointment in the above-captioned case.

Respectfully submitted this 20th day of March, 2023.

/s/ Lee Pollack
Lee Pollack
N.C. Bar No. 55957
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
lpollack@ncpls.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties. I also hereby certify that on March 20, 2023, a copy of the foregoing was mailed to following individual:

        **Mr. Stanley Corbett, OPUS#: 0716025**
        Tabor Correctional Institution
        4600 Swamp Fox Highway
        Tabor City, NC 28463

        <u>/s/ Lee Pollack</u>
        Lee Pollack